# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NOW MOVE USA,<br>Appellant,<br>vs.<br>DARBY NEAGLE,<br>Respondent. | No. 79710 |

**FILED**

DEC 0 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on September 30, 2019, without payment of the requisite filing fee. On that same day a notice issued directing appellant to pay the filing fee within 10 days. The notice further advised that failure to pay the filing fee would result in dismissal of this appeal. On October 15, 2019, the filing fee was paid by way of a check; however, the check was returned for insufficient funds. Accordingly, on October 30, 2019, the clerk's office issued a courtesy letter giving an additional 10 days within which to pay the filing fee.

To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

_____, C.J.

cc: Hon. Jacqueline M. Bluth, District Judge
Now Move USA
Mike Panser
Darby Neagle
Eighth District Court Clerk

19-49630